IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TIMOTHY GALLAGHER<br><br>　　　　Defendant. | Case No. 1:15-cv-00308---SKO<br><br>**ORDER THAT CLERK OF COURT ADMINISTRATIVELY CLOSE CASE PURSUANT TO VOLUNTARY DISMISSAL**<br><br>**FRCP Rule 41(a)(2)** |

　　　　On March 26, 2015, Plaintiff American General Life Insurance Company filed a notice of voluntary dismissal under Rule 41.

　　　　In light of Plaintiff's notice of voluntary dismissal, this action has terminated by operation of law without further order from the Court.  The Clerk of Court is DIRECTED to administratively close this case.

IT IS SO ORDERED.

　Dated:　__**March 31, 2015**__　　　　　　　__/s/ Sheila K. Oberto__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE